ORIGINAL

1 | $172,855.CER

2 | LEONARDO M. RAPADAS
United States Attorney
3 | KARON V. JOHNSON
Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
6 | FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JUN -1 2007

MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 07-00015 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| $172,855.00 UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |

I, JACQUELINE EMMANUEL, Administrative Assistant, for the Districts of Guam and the NMI, hereby certify that on June 1, 2007, I caused to be served by postal air mail service, Registered Mail No. RR 077 714 034 US, a filed copy of the following documents in the above-referenced case: **Verified Complaint of Forfeiture, Warrant of Arrest in Rem,** and **Notice of Arrest**, to Alexander Mariano Javier, 21 Milkyway Brick Town, Paranaque, Philippines 1700.

DATED: 6/1/07

JACQUELINE EMMANUEL
Administrative Assistant