1  $172,855.WAR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX:  (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JUN 29 2007

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00015 |
| Plaintiff, | |
| vs. | **WARRANT OF ARREST IN REM** |
| $172,855.00 UNITED STATES CURRENCY, | |
| Defendant. | |

TO:  THE UNITED STATES MARSHAL OF THE DISTRICT OF GUAM AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS**, a verified complaint of forfeiture has been filed on May 23, 2007, in the United States District Court for the District of Guam, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to Title 18, United States Code, §§ 981(a)(1)(C), 1956(c)(7), and 1961(1), for violation of Title 31, United States Code, § 5332, Bulk Cash Smuggling;

And, the Court being satisfied that, based on the verified complaint of forfeiture, here is probable cause to believe that the defendant property so described constitutes property that is subject to forfeiture for such violations, and that grounds for issuance of a warrant of arrest

-1-

for articles in rem exist, pursuant to Supplemental Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest and seize defendant property, and use discretion and whatever means appropriate to protect and maintain said defendant property; and

**IT IS FURTHER ORDERED** that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and summons, and a copy of the verified complaint in rem, in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure.

This warrant and summons provides notice that in order to avoid forfeiture of the property, any person claiming an interest in, or right against, the property must file a verified Statement of Interest or Right identifying the interest in, or right against, the property in the manner set forth in Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that in no event may such Statement of Interest or Right be filed later than thirty (30) days after the date of service of the complaint or, as applicable, the date of final publication of notice of the filing of the complaint. In addition, any person having filed such a Statement of Interest or Right must also file an answer to the complaint not later than twenty (20) days after the filing of the Statement, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson.

\\
\\
\\
\\
\\
\\

1    **IT IS FURTHER ORDERED** that, promptly after execution of this process, you
2    shall file the same in this Court with your return thereon, identifying the individuals upon
3    whom copies were served and the manner employed.
4    Dated this ___25___ day of May, 2007.

                                    _____
                                    ANITA A. SUKOLA
                                    Designated Judge
                                    District of Guam

WARRANT SERVED BY
EARLEEN MARTER TO
LISA LEUNG, FP&F
OFFICER IN HONOLULU, HI
ON 6/11/07 @ 13:45 Hrs

[signature]

US ICE, TFA
EDWIN FEJERAN



MAY 2 3 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil Case No. 07-00015 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $172,855.00 in U.S. Currency | Defendant Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Customs and Border Protection
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
Honolulu, Hawaii

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Karon V. Johnson, AUSA
Sirena Plaza, Ste. 500
108 Hernan Cortez Ave.
Hagatna, guam 96910

NUMBER OF PROCESS TO BE SERVED IN THIS CASE:
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please arrest defendant property as soon as possible, and return completed form.
FP&F# 20043207000010-01

Signature of Attorney or other Originator requesting service on behalf of [XX] PLAINTIFF  [ ] DEFENDANT
*Karon V. Johnson*
TELEPHONE NO. (671)472-7332    DATE 6/5/07

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: *Colleen Menter*  6/11/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. 3207
District to Serve No. 3201
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE 6/11/07

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN 'REMARKS', THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
Lisa Leung, FP&F Officer

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 6/11/07    TIME OF SERVICE 1:45   [ ] AM  [X] PM

SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:**
The property has been arrested and is on deposit at the National Finance Center.

TD F 90-22.48 (6/96)

**ORIGINAL**

WHITE COPY - RETURN TO COURT