$172,855.VER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$172,855.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | CIVIL CASE NO. 07-00015<br><br>**VERIFICATION OF ARREST** |

I, ERWIN FEJERAN, a Task Force Agent with the Immigration and Customs Enforcement, Department of Homeland Security, hereby state as follows:

On the 11th day of June, 2007, I served the defendant by serving a copy of the government's Complaint for Forfeiture, Notice of Arrest and Warrant for Arrest in Rem on Lisa Leung, the Fines, Penalties and Forfeiture Officer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26 day of July, 2007, at Hagatna, Guam.

ERWIN FEJERAN
Task Force Agent

**ORIGINAL**

-1-