$172,855.MPO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 07-00015 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR PRELIMINARY ORDER OF FORFEITURE** |
| $172,855.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

Now comes plaintiff, the United States of America, by and through its attorneys, Leonardo M. Rapadas, United States Attorney for the District of Guam, and Karon V. Johnson, Assistant United States Attorney, and moves this Honorable Court for a preliminary order of forfeiture concerning the above-entitled $172,855.00 in United States currency.

1. On May 23, 2007, the United States filed a verified complaint of forfeiture against said $172,855.00 in United States currency, to enforce the provision of Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7), and 1961(1), alleging that said currency constituted proceeds traceable to a violation of Title 31, United States Code, Section 5332, Bulk Cash Smuggling.

-1-

2. The United States brought this action in rem in its own right to forfeit and condemn the defendant property under Title 31, United States Code, Sections 5332(c)(1) and (2) as currency constituting the subject of bulk cash smuggling. This Court has jurisdiction over this matter by virtue of Title 28, United States Code, Sections 1345 and 1355. Venue is proper in this district pursuant to Title 18, United States Code, Section 981(h) because the related criminal prosecution has been brought in this district, to-wit: District Court of Guam, Criminal Case No. 04-00028.

3. As was set forth in the Declaration of Erwin Fejeran in support of the Verified Complaint of Forfeiture, the sole owner of this property appeared to be Alexander Mariano Javier.

4. Pursuant to Supplemental Rule for Certain Admiralty and Maritime Cases G(4)(b), the United States attempted to serve notice of this action upon Alexander Mariano Javier, as more fully set forth in the declaration in support of this motion, which is attached hereto.

5. Upon issuance of a Preliminary Order of Forfeiture and pursuant to Title 21, United States Code, Section 853(n)(1), the United States Fines, Penalties and Forfeiture Office will publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Department of Treasury's intent to dispose of the property in such manner as the Department of Treasury may direct and notice that any person having or claiming a legal interest in the property must file a petition with the Court (and serve a copy on Karon V. Johnson, Assistant United States Attorney) within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the

property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

**WHEREFORE**, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting to the United States said $ $172,855.00 and order the Department of Treasury to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted this 9th day of August, 2007.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and NMI
>
> By: /s/ Karon V. Johnson
> KARON V. JOHNSON
> Assistant U.S. Attorney

## DECLARATION

1). I am the Assistant United States Attorney who is prosecuting the related criminal case charging Alexander Mariano Javier with Bulk Cash Smuggling, in violation of Title 31, United States Code, Sections 5332(c)(1) and (2). I am seeking forfeiture of the $172,855.00 in United States Currency which Javier was attempting to smuggle out of Guam.

2) Javier reported his address in the Philippines to be "21 Milkyway Brick Town, Paranaque, Philippines 1700." On June 1, 2007, the Asset Forfeiture Contact, Carmelleta San Nicolas, caused to be mailed a copy of the Verified Complaint to Javier by United States Postal Service registered mail.

3) On August 6, 2007, the United States Postal Service returned the envelope, unopened, to Ms. San Nicolas. The notations on the front reflect that the Philippine postal service attempted delivery on June 15, June 22 and June 29, but that the envelope was "unclaimed."

Respectfully submitted this 9th day of August, 2007.

KARON V. JOHNSON
Assistant United States Attorney

ATTACHMENT

-4-