# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

$172,855.00 in United States Currency,

    Defendant.

**NOTICE**

CASE NUMBER: 1:07-cr-00015

[ X ] **PLEASE TAKE NOTICE** that the Scheduling Conference set for Tuesday, August 21, 2007, is vacated pursuant to Federal Rules of Civil Procedure 26(f).

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

[ ] **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| August 16, 2007 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO: U.S. Attorney's Office