$172,855.MFO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
**DISTRICT COURT OF GUAM**

DEC 17 2007

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00015 |
| Plaintiff, | |
| vs. | **UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE** |
| $172,855.00 UNITED STATES CURRENCY, | |
| Defendant. | |

COMES NOW the United States of America, by and through Leonardo M. Rapadas, United States Attorney for the Districts of Guam and the Northern Mariana Islands, and Karon V. Johnson, Assistant United States Attorney for the District of Guam, to respectfully move this Honorable Court for a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. That on September 12, 2007, a Preliminary Order of Forfeiture was filed with this Court.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

-1-

3. That the last day for any claimant to file a claim was December 15, 2007.

4. The United States published a Legal Notice, in compliance of notification of the Court's Preliminary Order of Forfeiture, in the Honolulu Star Bulletin (see Attachment A) and in the Marianas Variety Newspaper (Attachments B-E), two newspapers of general circulation on November 1, 2007, November 8, 2007, and November 15, 2007. Said published Legal Notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

5. No other third party has made a claim to or declared any interest in the above-described forfeited property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the defendant $172,855.00 in United States Currency forfeited as to all parties and vesting full right, title and interest in the defendant $172,855.00 United States Currency in the United States and directing the United States Marshal to dispose of the defendant real property according to law.

Respectfully submitted this 17th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: KARON V. JOHNSON
Assistant U.S. Attorney

-2-

IN THE MATTER OF )
    LEGAL NOTICE )
)
)
) *AFFIDAVIT OF PUBLICATION*
)
)
)
)
)

STATE OF HAWAII    )
                       ) SS.
City and County of Honolulu  )

Rose Mae Rosales being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin ___3___ times on _____
11/01/2007, 11/08/2007, 11/15/2007

And that affiant is not a party to or in any way interested in the above entitled matter.

_____ (signature) _____

Subscribed to and sworn before me this __15th__ day of __November__ A.D. 20__07__

_____ (signature) _____
Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2010

Ad# 01535783

### LEGAL NOTICE

The United States of America vs. $172,855.00 United States Currency, United States District Court for the District of Guam, Civil Case Number 07-00015. The defendant property is described as follows: $172,855.00 United States Currency. This is a civil action in rem brought to enforce the provision of 18 U.S.C. §§ 981 (a)(1)(C), 1956 (c)(7), and 1961(1), for the forfeiture of United States currency which constitutes proceeds traceable to a violation of 31 U.S.C. § 5332 (c)(1) and (2), Bulk Cash Smuggling.

All persons claiming an interest in these properties are hereby notified to file a claim, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or suffer entry of judgment by default, within thirty-five (35) days after the date of service of the Government's complaint or after the execution of the warrant or actual notice of this action or, as applicable, not later than thirty (30) days after the date of final publication of notice, and must serve and file an answer within twenty (20) days after filing of the claim with the Office of the Clerk, United States District Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 131.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the foreclosure for a non-judicial determination of this action pursuant to 28, C.F.R. Part 9 to Karon Johnson, Assistant United States Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam 96910, Attorney for plaintiff.
Last Date To File: December 15, 2007
(S901535783 11/01, 11/08, 11/15/07)



ATTACHMENT "A"

# Younis Art Studio, Inc.

OFFSET PRINTING · GRAPHIC DESIGN · SIGNS SYSTEM

P.O. Box 500231, Saipan, MP 96950 • Tel.Nos.: (670) 234-6341/7578/9797/9272 • Fax Nos.: (670) 234-9271/73
E-mail address: younis@pticom.com; mvariety@pticom.com • Website: www.mvariety.com

## CERTIFICATE OF PUBLICATION

The undersigned hereby certifies that the below described Public Notice, was published in the Marianas Variety Newspaper on November 1, 8, 15, 2007. Proof of Publication is attached.

Subject matter published was a Legal Notice - The United States of America vs. $172,855.00 Unted States Currency, United States District Court for the District of Guam, Civil Case Number 07-00015.

The Marianas Variety News & Views is a newspaper of general circulation within the Commonwealth of the Northern Mariana Islands and Guam. This certification of publication was issued upon request of U.S. Customs and Border Protection-FP&P Honolulu for all legal purposes and intents.

Issued this 28th day of November, 2007

*[signature]*

**LAILA C. YOUNIS-BOYER**
General Manager

ATTACHMENT "B"

## LEGAL NOTICE

The United States of America vs. $172,855.00 United States Currency, United States District Court for the District of Guam, Civil Case Number 07-00015. The defendant property is described as follows: $172,855.00 United States Currency. This is a civil action in rem brought to enforce the provision of 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7), and 1961(1), for the forfeiture of United States currency which constitutes proceeds traceable to a violation of 31 U.S.C. § 5332(c)(1) and (2), Bulk Cash Smuggling.

All persons claiming an interest in these properties are hereby notified to file a claim, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or suffer entry of judgment by default, within thirty-five (35) days after the date of service of the Government's complaint or after the execution of the warrant or actual notice of this action or, as applicable, not later than thirty (30) days after the date of final publication of notice, and must serve and file an answer within twenty (20) days after filing of the claim with the Office of the Clerk, United States District Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 131.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the foreclosure for a non-judicial determination of this action pursuant to 28, C.F.R. Part 9 to Karon Johnson, Assistant United States Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatña, Guam 96910, Attorney for plaintiff.

LAST DATE TO FILE: December 15, 2007

# FSM president calls for special session of Congress



Manny Mori

PALIKIR, Pohnpei (FSMIS) – President Manny Mori has called for a 10-day special session of the 15th Congress of the Federated States of Micronesia starting on Nov. 14.

In a letter to Speaker Isaac Figir, Mori requests Congress to consider the following matters:

• Proposed amendments to the fiscal year 2007 Budget Act, as amended, and the FY 2008 Budget Act;

• Bill 15-62, providing for the appointments of the FSM's JEMCO and Compact Trust Fund Committee representatives;

• Bill 15-63, relating authorization of the $4 million grant from China for "emergency government reforms";

• Bill 15-67, appropriation requests for outstanding government debts, funding of the FSM Compact Review Committee and for other purposes;

• A resolution and related matters authorizing the FSM Fuel Corporation to borrow money;

• Bill 15-64, a proposed amendments to Title 54 of the FSM code relating limited exemptions from the gross revenue tax for businesses involving significant investments in the FSM;

• The nominations for the various national boards and commissions and cabinet and diplomatic posts; and other appropriation measures to be submitted.

## RP Senate invites Palau to global meeting on HIV/AIDS

By Nazario Rodriguez Jr.
For Variety

KOROR (Palau Horizon) — The Philippine Senate has invited Palau to participate in the First Global Parliamentary Meeting on HIV/AIDS which will be held in Manila on Nov. 28-30.

The meeting will be hosted by Senate of the Philippines and the Inter-Parliamentary Union.

Philippine Senate President Manny Villar, in his letter to his Palau counterpart Surangel Whipps Sr., said the meeting is the first of its kind, and aims to "consolidate all protracted parliamentary efforts worldwide to arrest the growing spread of the HIV/AIDS pandemic."

Villar said the dreaded disease continues to be the biggest threat of this century.

## Samoa urged to tackle increasing number of children selling goods on streets

APIA (Pacnews) — There are calls in Samoa for the government to address the growing number of children selling goods on the streets, the Radio New Zealand International reports.

The president of Survival Foundation, Tuilaepa Mary Gray, believes the problem is getting worse.

She told the Samoa Observer that some of the children interviewed by her group said their parents made them go on the street to sell items for school fees.

The children were sent home from school and cannot sit exams unless their school fees are paid.

Gray said the police should be enforcing the law on compulsory education.

The law states that education is compulsory for children aged 14 and under.

She said she's trying to get the labor law amended to increase the working age from 15 to 18 years.

She said 15 is too early an age, and children need more education at that age.

---



## Commonwealth Utilities Corporation
### DRINKING WATER WARNING
*Koblerville Water is Contaminated with E. Coli*
**BOIL YOUR WATER BEFORE USING**

E. coli bacteria were found in the Koblerville water supply on October 30th and 31st, 2007. These bacteria can make you sick, and are a particular concern for people with weakened immune systems.

### What should I do?

• DO NOT DRINK THE WATER WITHOUT BOILING IT FIRST. Bring all water to a boil, let it boil for one minute, and let it cool before using, or use bottled water. Boiled or bottled water should be used for drinking, making ice, brushing teeth, washing dishes, and food preparation until further notice. Boiling kills bacteria and other organisms in the water.

• *Fecal coliforms and E. coli are bacteria whose presence indicates that the water may be contaminated with human or animal wastes. Microbes in these wastes can cause diarrhea, cramps, nausea, headaches, or other symptoms. They may pose a special health risk for infants, young children, some of the elderly, and people with severely compromised immune systems.*

• The symptoms above are not caused only by organisms in drinking water. If you experience any of these symptoms and they persist, you may want to seek medical advice. People at increased risk should seek advice about drinking water from their health care providers.

### What happened? What is being done?

Bacterial contamination occurs when the water is not treated or the treatment system malfunctions. It can also occur after rain, when there is increased run-off, and groundwater contaminants enter the drinking water source – underground deep water wells. It can also happen due to a break in the distribution system (pipes), which also allows contaminants to enter into the system. **On Monday, October 29th, power outages in the Koblerville area caused the chlorine treatment system to malfunction and proper levels of chlorine did not enter into the Koblerville water distribution system in a targeted or limited area at the intersection of Highway 33 (Chalan Tun Thomas P. Sablan) and Eskabeche Ave. and the streets adjacent – Ilotes Way; Gollai Appan; and Adobu Dr. Water Division crews have since replaced the chlorine unit, however, we consider the matter unresolved until lab tests confirm proper treatment levels.** We will inform you, through local media, when you no longer need to boil your water.

For more information, please contact The Division of Environmental Quality (DEQ) at 664-8509 or the CUC Lab at: 322-5140. General guidelines on ways to lessen the risk of infection by microbes are available from the EPA Safe Drinking Water Hotline at 1(800) 426-4791.

*Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses). You can do this by posting this notice in a public place or distributing copies by hand or mail.*

This notice is being sent to you by the Commonwealth Utilities Corporation
State Water System ID#: MP 0000001     Date distributed: October 31st, 2007



# Saipan scholarship program accepting new applications

SAIPAN Mayor Juan B. Tudela, in a media release, announced that the Saipan Higher Education Financial Assistance is now accepting new applications for financial assistance for the spring 2008 semester/quarter.

The scholarship is open to any bona fide resident of Saipan or the Northern Islands who is a U.S. citizen or permanent resident and will be enrolled in the spring 2008 semester/quarter in any U.S.-accredited colleges or universities on Saipan or abroad as a full-time — 12 credits — student and has at least 2.5 GPA for undergraduate and 3.0 GPA for graduate and advanced studies.

Applicants must submit a new and complete applications and all required supporting documents to the SHEFA office in Garapan on or before Dec. 3, including an original copy of the SHEFA promissory note/memorandum of agreement and the latest and most recent sealed official transcript pursuant to the promulgated SHEFA rules and regulations.

All other previous applicants and/or SHEFA recipients who were denied SHEFA assistance must submit new applications for spring 2008 and all required supporting documents to the SHEFA office in Garapan on or before Dec. 3, including an original copy of the SHEFA promissory note/memorandum of agreement and the latest and most recent sealed official transcript pursuant to the promulgated SHEFA rules and regulations.

For more information, log on to the SHEFA Web site at www.saipanshefa.com or e-mail contact@saipanshefa.com. You may also call 233-5995 or fax 233-5996.



**COURTESY VISIT.** The governor's special assistant for disability policy and programs, Thomas J. Camacho, poses with staff members of the Pacific ADA Center in Oakland, California. Camacho paid a courtesy visit after attending the 2007 Youth Services Summit in Arlington, Virginia. Camacho's official trip was sponsored by the Criminal Justice Planning Agency of the Office of the Governor. Camacho is the ADA affiliate of the Pacific ADA Center for the Pacific Basin. He provides ADA technical assistance services to the public and private sectors and individuals with disabilities. *Contributed photo*

## MINA lunch fundraiser

MARIANA Islands Nature Alliance, a non-profit group, is having a lunch fundraiser at the Pacific Islands Club on Monday, Nov. 12.

For $25 per person, lunch buffet is provided from 12 noon to 2 p.m. and includes a PIC water park pass that can be used from 9 a.m. to 6 p.m.

Tickets can be purchased from any MINA board member or through www.minapacific.org. You can also e-mail mina@minapacific.org.



**CAR PAINT**

Body Filler
Primer-Surfacer
Spot Putty
Color Primer
Solid & Metalic Colors
Unitan Enamel
Top Clear Coat
Master & Quick Clear
Plastic Primer
Under Coat Rubberized
Thinner DR421
Marine Paint

**20% off sale** on cash payment

Promo Period:
November 7 to November 30, 2007

Distributed by: S.P.G. CORP
P.O. Box 501030, (Middle Road) Chalan Laulau, Saipan MP 96950
Tel. #: (670) 235-1234/234-6143 • Fax #: (670) 234-0691
Email: address:peterbae@pticom.com



## Access on-the-go!

Transform your laptop into a mobile office away from your desk or home

**as low as $40* per month**
*some conditions apply

Experience a new level of on-the-go productivity with the PTI AirCard

Now you can access the Internet, business applications and send email from anywhere in the CNMI



Customer Care: 682-4PTI
www.pticom.com

QUALITY CONNECTIONS
EXCEPTIONAL VALUE
TRUSTED NETWORK

## LEGAL NOTICE

The United States of America vs. $172,855.00 United States Currency, United States District Court for the District of Guam, Civil Case Number 07-00015. The defendant property is described as follows: $172,855.00 United States Currency. This is a civil action in rem brought to enforce the provision of 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7), and 1961(1), for the forfeiture of United States currency which constitutes proceeds traceable to a violation of 31 U.S.C. § 5332(c)(1) and (2), Bulk Cash Smuggling.

All persons claiming an interest in these properties are hereby notified to file a claim, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or suffer entry of judgment by default, within thirty-five (35) days after the date of service of the Government's complaint or after the execution of the warrant or actual notice of this action or, as applicable, not later than thirty (30) days after the date of final publication of notice, and must serve and file an answer within twenty (20) days after filing of the claim with the Office of the Clerk, United States District Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 131.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the foreclosure for a non-judicial determination of this action pursuant to 28, C.F.R. Part 9 to Karon Johnson, Assistant United States Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatña, Guam 96910, Attorney for plaintiff

LAST DATE TO FILE: December 15, 2007

# NMI has 500 home-bound patients

**By Emmanuel T. Erediano**
*Variety News Staff*

THE commonwealth has 500 home-bound or bedridden elderly patients who need home care services, according to Marianas Health Services administrator George J. Cruz.

Cruz, who was recently elected president of the substance abuse and tobacco prevention coalition, is now working with the Department of Public Health and the Ayuda Network in celebrating Home Care Service Month and Diabetes Prevention Month.

Cruz said they have no exact figure, but based on the 2000 CNMI Census, there were over 5,000 individuals who were over 55 years old in the commonwealth.

A very conservative estimate, he said, is that about 5 to 10 percent of the 5,000 are home-bound and qualify for home care services.

He said home care services play a big role in addressing health issues particularly in reaching out to those who cannot leave their homes due to serious health problems.

He said they work together with physicians at the Commonwealth Health Center and private clinics.

They have physicians who go out to the community and to the homes of patients who are bedridden, Cruz said.

"We try to identify those individuals and when the physicians see the need to come and see them at home, we send nurses and physical therapists to work with patients and the families," he said.

He said they separated the Diabetes Prevention Month activities from Home Care Service Month because 90 percent of patients in the CNMI are diabetic and need a lot of attention.



*Trinity Cruz, 4, helps her mother get some information flyers on diabetes during an open house at the Commonwealth Health Center yesterday.* Photo by Mark Peñaranda

# CHC holds open house for diabetics

**By Emmanuel T. Erediano**
*Variety News Staff*

THE Commonwealth Health Center's physical therapy department held an open house yesterday for diabetics or anyone who wanted to check their blood sugar and health in celebration of World Diabetes Day.

Of the 45 people who walked in as of 2 p.m., yesterday, three were diagnosed with very high blood sugar and were not taking medicine, according to Bobby Ann Ayres, CHC patient educator.

Of the 70 people who came last year, Ayres said four found out they were diabetic.

Unlike last year, those who came in this time got advice from Public Health dietician Louise Oakley on the kind of diet they should have to cope with diabetes.

The participants' blood pressure, blood sugar and vision were checked free of charge, and those who had symptoms of diabetes also had their feet checked.

The physical therapy department provided pamphlets on preventing diabetes and healthy snacks while the Marianas Eye Institute gave free eye examinations.

The informal event, according to Ayres, aimed to give people the opportunity to learn more about diabetes and how to take care of themselves once they have it.

Last year, CHC noted a dramatic reduction in diabetic amputations in the CNMI through education and other outreach programs.

Diabetic amputations in the CNMI as of October last year were 80 percent lower than in 2005.

This year, CHC projects a 25 to 33 percent prevalence of diabetes in the CNMI.

# Home Depot opens its doors on Guam

**By Trina A San Agustin**
*Variety News Staff*

HAGÅTÑA — Hundreds of invited residents, business owners and media representatives had the opportunity to view the inside of one of the largest Home Depot stores yesterday afternoon during a VIP opening on Guam.

After the VIP opening, residents also got a chance to walk through the aisles from 6 p.m. to 9 p.m. yesterday.

"Do-It-Yourselfers" were seen walking through the stores' aisles checking their shopping lists. "Do-It-Yourselfer" Lt. Gov. Mike Cruz was seen looking at some of the 40,000 products available at the store, including doors.

"This is one of the more eagerly anticipated openings since Kmart opened a decade ago. It is a sign of the growth we are anticipating in terms of the military and the community. I was jokingly saying that when my wife and I go to the states, we have to schedule a Home Depot stop but now we won't have to do that. We will now have to spend more time at the mall," Cruz said.

Cruz told Variety he has neglected some home projects over the years but said he will now be able to accomplish them.

"We have quite a few projects



*Dededo resident Pacy Carpo looks at a hedge trimmer and other yard maintenance tools during the soft opening of the Guam Home Depot yesterday afternoon.* Photo by Paul Bias

that we have neglected over the years, mostly because of lack of time, but now we should be able to get some of the things we need for our home. On behalf of the people of Guam and the governor, we welcome Home Depot to the Guam family," Cruz said.

Sen. Ray Tenorio, R-Yigo, was spotted in the power tool aisle of the home improvement store.

"It's a lot more than the people of Guam were probably expecting. Of course, Home Depot has a great reputation for having many resources and a variety of products. This is the second largest in the world; this facility is huge. A lot of the things my wife and I have been looking for for years are here, so my wife and I will definitely be coming back," added Tenorio.

Horse and Cow Restaurant general manager Charles Prine was invited to the opening yesterday as well.

He told Variety he was happy about the home improvement giant coming to the island, saying he relocated to Guam in May from California. He said it is not about the home improvement store putting local competitors out of business, but about choice.

---

**COMMONWEALTH ELECTION COMMISSION**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**PUBLIC NOTICE**

Pursuant to 1 CMC §9910 (a) and (b), the Commonwealth Election Commission, hereby give notice that the Commonwealth Election Commission will meet at 12:00 p.m. on Saturday, November 17, 2007 at the Pedro P. Tenorio Multi Purpose Center, Susupe, Saipan. Additional information concerning this meeting is available at the Office of the Election Commission, 1313 Anatahan Drive, Saipan.

**AGENDA**

I. Preliminary Matters
   a. Roll Call
   b. Adoption of agenda

II. Executive Director's Report

III. New Business
   a. Receipt and tabulation of absentee cast ballots
   b. Certification of 2007 general election results

IV. Miscellaneous

V. Adjournment

/s/ FRANCES M. SABLAN
Chairwoman

(The Commission, pursuant to 1 CMC §9912, may vote to meet in executive session to consult legal counsel and discuss personnel matters.)

## LEGAL NOTICE

The United States of America vs. $172,855.00 United States Currency. United States District Court for the District of Guam, Civil Case Number 07-00015. The defendant property is described as follows: $172,855.00 United States Currency. This is a civil action in rem brought to enforce the provision of 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7), and 1961(1), for the forfeiture of United States currency which constitutes proceeds traceable to a violation of 31 U.S.C. § 5332(c)(1) and (2), Bulk Cash Smuggling.

All persons claiming an interest in these properties are hereby notified to file a claim, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or suffer entry of judgment, by default, within thirty-five (35) days after the date of service of the Government's complaint or after the execution of the warrant or actual notice of this action or, as applicable, not later than thirty (30) days after the date of final publication of notice, and must serve and file an answer within twenty (20) days after filing of the claim with the Office of the Clerk, United States District Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 131.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the foreclosure for a non-judicial determination of this action pursuant to 28. C.F.R. Part 9 to Karon Johnson, Assistant United States Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatña, Guam 96910. Attorney for plaintiff.

LAST DATE TO FILE: December 15, 2007