**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| United States of America, | Civil Case No. 1:07-cv-00015 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| $172,855.00 in United States Currency, | |
| Defendant. | |

    Judgment is hereby entered in accordance with the Final Order of Forfeiture filed January 2, 2008.

    Dated this 3rd day of January, 2008, Hagatna, Guam.

**/s/ Jeanne G. Quinata**
Clerk of Court