# DISTRICT COURT OF GUAM
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$172,855.00 UNITED STATES CURRENCY,<br><br>Defendant. | Civil Case No. 07-00015<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following entity was served by certified mail, return receipt requested, postage prepaid on January 3, 2008:

    Fines, Penalties and Forfeitures Office
    U.S. Customs and Border Protection
    300 Ala Moana Blvd., Room 2-267
    Honolulu, Hawaii 96850
    Certified Mail No. 7007 0710 0005 2348 7670

I, Francine A. Diaz, declare under penalty of perjury that on the above-listed dates I served:

        **Three (3) Certified Copies of the Final**
        **Order of Forfeiture signed on January 2, 2008**

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.


Date:  <u>January 3, 2008</u>                  /s/ Francine A. Diaz
                                                Deputy Clerk